# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO. 18-30005-SEM-TSH |
| ) | |
| MOHANAD AL-MATARNEH, ) | |
| ) | |
| DEFENDANT. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

NOW COMES the Defendant, Mohanad Al-Matarneh, by his attorney, William L. Vig, and for his Unopposed Motion to Continue Sentencing Hearing, states as follows:

1. This case is currently set before the court for a Sentencing Hearing on August 14, 2020, at 1:30 p.m., before the Honorable Sue E. Myerscough.

2. There remain outstanding concerns regarding the presentence investigation report and other sentencing issues about which the undersigned counsel has conferred with counsel for the government, and which the undersigned counsel remains hopeful can be resolved with additional time.

3. Furthermore, pursuant to this District's General Order 20-03, the currently scheduled hearing could only be conducted by video conference with both the consent of the defendant and a finding by the Court for specific reasons that the sentencing hearing in this case cannot be further delayed without serious harm to the interests of justice.

4. The undersigned counsel knows of no facts which would support such a finding in this matter.

5. The undersigned has conferred with his client, who does not wish to consent to be sentenced by video, and agrees with seeking a continuance of the sentencing hearing for the above reasons.

6. The undersigned has conferred with Assistant United States Attorney Timothy Bass, who indicated that the Government has no objection to this motion seeking a continuance for the aforementioned reasons.

7. The defense therefore seeks a continuance of the sentencing hearing for approximately sixty (60) days, or until such other time as the hearing may safely be conducted in person pursuant to General Order 20-03.

8. On August 5, 2020, this Court ordered the parties to file briefs by August 7, 2020, stating whether they consent to having the sentencing hearing conducted by video conference.

9. The instant motion, if granted, would avoid the need to consider holding the sentencing hearing by video, and thus the defense seeks that the August 5, 2020, text order be vacated if the Court grants this motion.

10. This request is made in the interest of fairness and justice and not for the purpose of any unreasonable or undue delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court continue the previously set Sentencing Hearing for approximately sixty (60) days or until such time as it may safely be held in person, vacate its August 5, 2020, text

order, and grant any other such and further relief as this Court deems reasonable and just.          .

                Respectfully submitted,

                Mohanad Al-Matarneh**,** Defendant

       By:   /s/ William L. Vig
                  Attorney for Defendant

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ William L. Vig
Attorney for Defendant