UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18-30005 |
| ) | |
| MOHANAD AL-MATARNEH, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S CONSENT TO VIDEO CONFERENCING

The United States of America, by its attorneys, Douglas J. Quivey, Acting United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, hereby states as follows:

Pursuant to this Court's November 22, 2021, text order, the government consents to the sentencing hearing of the defendant being conducted by video conference.

Respectfully submitted,

DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY

BY: *s/Timothy A. Bass*
Timothy A. Bass, Bar No. MO 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

    Counsel of Record

        *s/Timothy A. Bass*
Timothy A. Bass, Bar No. MO 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov